## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CIVIL NO: _____

**DOUG FOSTER,**  *Plaintiff*

vs.

**GC SERVICES, LP,**  *Defendant*

Serve:
GC Services, LP
6330 Gulfton
HOUSTON, TX 77081

## COMPLAINT

NOW COMES Plaintiff, DOUG FOSTER, by and through his attorneys, KROHN & MOSS, LTD., and for his Complaint against Defendant, GC SERVICES, LP, alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## PARTIES

2. Plaintiff is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Madison.

3. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term in defined by 15 U.S.C. § 1692a(5).

4. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

5. Defendant is a national corporation with its headquarters in Houston, Texas.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

9. Venue is proper under 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

10. In or around November of 2012, Defendant placed at least one collection call to Plaintiff seeking and demanding payment for a consumer debt arising from transactions for personal, family, and/or household services.

11. Defendant placed a collection call to Plaintiff on his home phone at (859) 661-71XX.

12. In or around November of 2012, Defendant placed a collection call to Plaintiff and left a voicemail message.

13. In the voicemail message, Defendant's representative failed to disclose the name of the company placing the call, failed to state that call was being placed by a debt collector, and failed to state that the call was being placed in an attempt to collect an alleged debt. *See* Transcribed voicemail message attached hereto as Exhibit A.

14. In the voicemail message, Defendant's representative directed Plaintiff to return the call to (866) 862-2793 extension 3742, which is a number that belongs to Defendant. *See* Exhibit A.

15. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d(6) of the FDCPA through the placement of calls without meaningful disclosure of the caller's identity.

   b. Defendant violated §1692e of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt.

   c. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   d. Defendant violated §1692e(11) of the FDCPA through the failure to state in its communications with Plaintiff that the communication was from a debt collector.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, DOUG FOSTER, respectfully requests judgment be entered against Defendants, GC SERVICES, LP for the following:

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692k;

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692k;

19. Any other relief that this Honorable Court deems appropriate.

Respectfully Submitted,

D**OUG FOSTER**

By: /s/ Shireen Hormozdi

Shireen Hormozdi
Kentucky Bar No. 93993
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com

-5-

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY        )
                         ) ss.
COUNTY OF MADISON        )

Plaintiff, DOUG FOSTER, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

DATED: 1/15/13

_____
DOUG FOSTER